UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EKAM SINGH CATTRY,

               Plaintiff,

               21 Civ. 8780 (JPC)

     -v-

               ORDER

NATIONWIDE INSURANCE COMPANIES,

               Defendant.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     An Initial Pretrial Conference is scheduled in this case on January 12, 2022. Dkt. 8. The parties shall prepare to discuss whether venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391, and if not, whether the case should be transferred to another district pursuant to 28 U.S.C. § 1406(a).

     SO ORDERED.

Dated: January 4, 2022
       New York, New York

                                               JOHN P. CRONAN
                                           United States District Judge