UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
EKAM SINGH CATTRY, :
:
Plaintiff, :
: 21 Civ. 8780 (JPC)
-v- :
: ORDER
:
NATIONWIDE INSURANCE COMPANIES, :
:
Defendant. :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case was removed to this District pursuant to 28 U.S.C. § 1446(a).  Dkt. 1.  The action, however, concerns property in the Eastern District of New York, and the parties agree that venue in this District is not proper.  *See* Dkt. 11 at 2 (citing 28 U.S.C. § 1391(b)).  Per the parties' consent, the Court transfers this action to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).  The Clerk of Court is respectfully directed to effectuate the transfer.  The Initial Pretrial Conference previously scheduled for January 12, 2022 is adjourned *sine die*.

    SO ORDERED.

Dated: January 6, 2022
       New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge